ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Golden Manufacturing Co., Inc. | ) ASBCA No. 63805 |
| | ) |
| Under Contract No. SPE1C1-21-D-1456 | ) |

APPEARANCE FOR THE APPELLANT:  Marc Lamer, Esq.
　　Kostos and Lamer, P.C.
　　Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:  Daniel K. Poling, Esq.
　　DLA Chief Trial Attorney
　　Lindsay A. Salamon, Esq.
　　Kelly L. Diaz-Albertini, Esq.
　　Anne P. Steel, Esq.
　　Robert L. Kieffer, Esq.
　　Trial Attorneys
　　DLA Troop Support
　　Philadelphia, PA

ORDER OF DISMISSAL

　　The Board docketed this appeal on January 17, 2024.  By correspondence dated February 16, 2024, prior to appellant filing its complaint, appellant requested that the appeal be dismissed without prejudice.  The government consents to the request. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

　　Dated:  March 7, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63805, Appeal of Golden Manufacturing Co., Inc., rendered in conformance with the Board's Charter.

Dated:  March 7, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2